IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL G. FELKER,<br>and RHONDA S. FELKER,<br><br>    Defendants. | Case No. 3:17-cv-00097-RLY-MJD |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff United States of America and Defendants Daniel G. Felker and Rhonda S. Felker hereby stipulate to dismiss the above-captioned case with prejudice.

Agreed:

/s/Bradley A. Sarnell
BRADLEY A. SARNELL
U.S. Department of Justice, Tax Division
P.O. Box 55
Washington, DC, 20044
(202) 307-1038
(202) 514-5238 (fax)
bradley.a.sarnell@usdoj.gov

*Attorney for Plaintiff United States of America*

/s/Jefferson H. Read (with consent)
JEFFERSON H. READ
Zerbe, Miller, Fingeret, Frank, & Jadav, PC
3009 Post Oak Blvd, Suite 1700
Houston, TX 77056
(713) 350-3529
(713) 350-3607 (fax)
jread@ZMFLaw.com

*Attorney for Defendants Daniel G. Felker and Rhonda S. Felker*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of May, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers. There are no parties which require conventional service.

                                        */s/ Bradley A. Sarnell*
                                        BRADLEY A. SARNELL
                                        Trial Attorney
                                        United States Department of Justice, Tax Division